D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HANJIN INTERMODAL AMERICA, INC.,

                 Plaintiff,

-against-

JINDO TRADING CORP. and TEA GOON CHI,

                 Defendants.
------------------------------------------------------------X

**ORDER**

**10-CV-3145 (NGG) (CLP)**

NICHOLAS G. GARAUFIS, United States District Judge.

On July 9, 2010, Plaintiff Hanjin Intermodal America, Inc. ("Hanjin") filed a Complaint against Defendants Jindo Trading Corp. ("Jindo") and Tea Goon Chi ("Chi") for breach of a freight-shipping contract. (Docket Entry # 1.) On August 23, 2010, Hanjin moved for default judgment against Jindo. (Docket Entry # 3.) On September 13, 2010 and October 18, 2010, the Clerk of Court entered notations of default against Jindo and Chi, respectively. (Docket Entries ## 6, 10.) On October 18, 2010, Hanjin moved for default judgment against Chi. (Docket Entry # 9.) Shortly afterwards, the court referred both of Hanjin's motions for default judgment to Magistrate Judge Pollak for report and recommendation, and a damages inquest if necessary. (Docket Entries ## 11, 12.) Judge Pollak issued her Report and Recommendation ("R&R") on January 24, 2011, and recommended granting Hanjin's motions for default judgment against both Jindo and Chi, and awarding Hanjin $153,892.76 for services rendered, $29,602.50 in prejudgment interest, and post-judgment interest under 28 U.S.C. § 1961. (Docket Entry # 23.)

No party has objected to Judge Pollak's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Pollak's thoroughly reasoned and meticulously calculated R&R, the court adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112 (2d Cir.

1

2007). Accordingly, the court GRANTS Hanjin's motions for default judgment against both Jindo and Chi, jointly and severally, and awards Hanjin $153,892.76 for services rendered, $29,602.50 in prejudgment interest, and post-judgment interest under 28 U.S.C. § 1961.

SO ORDERED.

Dated: Brooklyn, New York
       February 15, 2010

s/NGG

NICHOLAS G. GARAUFIS
United States District Judge